# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
### South Bend Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Jeffrey L. Cox<br>xxx–xx–6931<br>78 E. 500 S.<br>Peru, IN 46970 | )<br>)<br>)<br>) Case Number: 10–33776–hcd<br>)<br>)<br>) Chapter: 13<br>) |

## NOTICE TO CREDITORS OF MOTION FOR DISCHARGE

On November 9, 2015 , the debtor(s) Jeffrey L. Cox filed a verified motion for the entry of discharge in this chapter 13 case. The motion specifically represents that all of the payments required by the confirmed plan have been made and that each of the other statutory requirements for the entry of discharge have been fulfilled.

**Any objection to the motion for discharge must be filed, in writing, within thirty (30) days of this date.** The objection must identify which of the statutory requirements for discharge have not been satisfied and filed with the Clerk of the Bankruptcy Court electronically or at the following address:

> Christopher M. DeToro
> Clerk, United States Bankruptcy Court
> 401 South Michigan Street
> South Bend, Indiana 46601

If you mail your objection, you must mail it early enough so that it will be received by the date it is due. You should also serve a copy of your objection upon counsel for the debtor(s) and the chapter 13 trustee.

If no objections are filed within thirty (30) days, the court may grant the motion, without holding a hearing, and issue the debtor(s) a discharge. If objections are filed, the court will schedule the motion and all objections thereto for a hearing, on notice to the debtor(s), all objectors, and the chapter 13 trustee, by separate order.

Dated: November 30, 2015

> Christopher M. DeToro
> _____
> Clerk, United States Bankruptcy Court
> 401 South Michigan Street
> South Bend, Indiana 46601

Document No. 131 – 123