UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| JEFFREY L. COX ) | Case No. 10-33776 |
| ) | Chapter 13 |
| ) | |
| Debtor ) | |

## ORDER

There being no objection to debtor Jeffrey L. Cox's Verified Motion for Entry of Chapter 13 Discharge following appropriate notice to all creditors and parties in interest, the motion is granted and a discharge may be issued.

SO ORDERED.

Dated: January 5, 2016,

_____
Harry C. Dees, Jr.
Judge, United States Bankruptcy Court